```
                          United States Bankruptcy Court
                             District of Massachusetts
```

In re:                                                          Case No. 17-42001-edk
Scott A Pare                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4        User: pf                  Page 1 of 1          Date Rcvd: Apr 09, 2020
                            Form ID: pdf012           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
db             +Scott A Pare,    34 Westchester St,    Lowell, MA 01851-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
      Catherine V. Eastwood    on behalf of Creditor    Carrington Mortgage Services, LLC  bankruptcy@kordeassoc.com
      Denise M. Pappalardo    denisepappalardo@ch13worc.com
      Nathan R. Soucy    on behalf of Debtor Scott A Pare nsoucy@soucylo.com
      Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
      Zoh Nizami    on behalf of Creditor    Carrington Mortgage Services, LLC  bankruptcy@kordeassociates.com
                                                                                                                                                  TOTAL: 5

04/09/2020 GRANTED: THE HEARING OF 05/06/20 IS CANCELED.

Elizabeth D. Katz

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re ) <br> ) <br> SCOTT A. PARE, ) <br>   Debtor ) <br> ) | Chapter 13 <br> Case No. 17-42001-EDK |

**TRUSTEE'S MOTION TO WITHDRAW TRUSTEE'S MOTION TO DISMISS**

NOW COMES the Standing Chapter 13 Trustee and hereby withdraws the Trustee's Motion to Dismiss previously filed with the Court on February 6, 2020. It is further requested that the hearing scheduled for May 6, 2020 at 10:00 a.m. be canceled.

WHEREFORE, the Trustee respectfully requests that this Court withdraw the Chapter 13 Trustee's Motion to Dismiss previously filed.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: April 9, 2020

/s/Denise M. Pappalardo
Denise M. Pappalardo/BBO # 553293
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13 worc.com

**SERVICE LIST**

I, Denise M. Pappalardo, certify that I have served a copy of the foregoing on this date to the following via first class mail and/or electronically:

SCOTT A. PARE
34 WINCHESTER STREET
LOWELL, MA 01851

NATHAN R. SOUCY, ESQ.
375 GORHAM STREET
LOWELL, MA 01852-3312

/s/Denise M. Pappalardo